FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 17-17221 AIH Judge: Arthur I. Harris
Case Name: HERMAN, DENISE M.

Trustee Name: TRUSTEE VIRGIL E. BROWN, JR.
Date Filed (f) or Converted (c): 12/08/17 (f)
341(a) Meeting Date: 01/16/18
Claims Bar Date:

For Period Ending: 03/04/18

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. Income tax refund | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2. 34876 South Side Park, Solon, Ohio | 213,600.00 | 0.00 | | 0.00 | FA |
| 3. 2013 Kia | 8,381.00 | 0.00 | | 0.00 | FA |
| 4. 2004 MDX | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Household goods | 700.00 | 0.00 | | 0.00 | FA |
| 6. ELECTRONICS | 500.00 | 0.00 | | 0.00 | FA |
| 7. collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 8. CASH | 2.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 10. Checking, savings accounts | 51.69 | 0.00 | | 0.00 | FA |
| 11. PENSION / PROFIT SHARING | 26,574.53 | 0.00 | | 0.00 | FA |
| 12. SUPPORT | 0.00 | 0.00 | | 0.00 | FA |
| 13. PREFERENCE PAYMENT | 0.00 | 1,105.79 | | 0.00 | 1,105.79 |
| TOTALS (Excluding Unknown Values) | $253,709.22 | $1,105.79 | | $0.00 | Gross Value of Remaining Assets<br>$1,105.79<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/19    Current Projected Date of Final Report (TFR): 03/31/19

/s/ TRUSTEE VIRGIL E. BROWN, JR.
Date: 03/04/18
TRUSTEE VIRGIL E. BROWN, JR.

Ver: 20.00g

LFORM1