```
                         United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                     Case No. 17-17221-aih
Denise M. Herman                                           Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0647-1         User: athre              Page 1 of 1           Date Rcvd: Apr 11, 2018
                             Form ID: pdf853          Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db             +Denise M. Herman,   34876 South Side Park Drive,    Solon, OH 44139-4903
               +Denise M. Herman,   Michael L. Herman,   34876 South Side Park Drive,   Solon, OH 44139-4903
25202504       +Michael Herman,   6747 Ayleshire Drive,   Solon, OH 44139-3895
25202507       +Ray Layman,   7776 Ellington Place,   Mentor, OH 44060-5304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                E-mail/Text: TRBANKRUPTCY@CUYAHOGACOUNTY.US Apr 11 2018 21:38:04      Cuyahoga County Treasurer,
                 1219 Ontario Street,    Rm 135,   Cleveland, OH  44113
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2018 21:58:24
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
cr              First Investors Financial Services, Inc.
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              Charles C. Butler    on behalf of Creditor    First Investors Financial Services, Inc.
               creditors@fountaincitylaw.com
              David M. Benson    on behalf of Debtor Denise M. Herman David@DavidBensonLaw.com,
               dmbenson25@hotmail.com;gaye@davidbensonlaw.com;r64853@notify.bestcase.com
              Stephen R. Franks    on behalf of Creditor    Bank of America, N.A. amps@manleydeas.com
              Virgil E. Brown, Jr.    virgil@vebtrustee.com,    vbrownjr@ecf.epiqsystems.com
              Virgil E. Brown, Jr.    on behalf of Trustee Virgil E. Brown, Jr. virgil@vebtrustee.com,
               vbrownjr@ecf.epiqsystems.com
                                                                                             TOTAL: 5

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on April 11, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: April 11, 2018**



Arthur I. Harris
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 17-17221 |
| **Denise M. Herman** | Chapter 7 |
| Debtor(s). | Judge Arthur I. Harris |
| | * * * * * * * * * * * * * * * * |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT (FIRST MORTGAGE) (DOCKET NO. 22)** |
| | **34876 South Side Park Drive, Solon, OH 44139** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Bank of America, N.A. ("Movant") (Docket 22). Movant has alleged that good cause for granting the Motion exists, and that Denise M. Herman ("Debtor"), counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise

17-042930_BEW1

appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 34876 South Side Park Drive, Solon, OH 44139.

###

**SUBMITTED BY**:

/s/Stephen R. Franks

Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

Copies to:

Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

Virgil E. Brown, Jr., Chapter 7 Trustee, virgil@vebtrustee.com(notified by ecf)

David M. Benson, Attorney for Denise M. Herman, David@DavidBensonLaw.com(notified by ecf)

Denise M. Herman and Michael L. Herman, 34876 South Side Park Drive, Solon, OH  44139
(notified by regular US Mail)

Cuyahoga County Treasurer, 1219 Ontario Street, Rm 135, Cleveland, OH  44113
(notified by regular US Mail)

Ray Layman, 7776 Ellington Place, Mentor, OH  44060
(notified by regular US Mail)